# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON WOLANYK, a minor, by and through her Guardian Ad Litem, Eugene Wolanyk,<br><br>Plaintiff,<br><br>vs.<br><br>SWEETWATER UNION HIGH SCHOOL DISTRICT, et al.,<br><br>Defendants. | CASE NO. 17cv2415-LAB (MDD)<br><br>**ORDER APPOINTING GUARDIAN AD LITEM** |

The Court must "take whatever measures it deems proper to protect an incompetent person during litigation." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 805 (9th Cir. 1986); *see* Fed. R. Civ. P. 17(c). The Court finds it's appropriate to appoint a guardian ad litem to protect 14-year-old plaintiff Madison Wolanyk. Eugene Wolanyk is fit to pursue the action on behalf of his daughter, and the Court appoints him as guardian ad litem.

**IT IS SO ORDERED.**

Dated: 2-15-18

_____
HONORABLE LARRY ALAN BURNS
United States District Judge